IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 18-05028-02-CR-SW-BP |
| | ) |
| JORGE ARMANDO CAMACHO-SANCHEZ, | ) |
| | ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P., 22(k)(26), WDMO, and 28 U.S.C. §636, and has entered a plea of guilty to Counts One and Two contained in the Indictment filed on July 10, 2018. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary, and that the offenses charged are supported by a factual basis for each of the essential elements of the offenses. I therefore recommend that the pleas of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Date: March 20, 2019   /s/ David P. Rush
                       DAVID P. RUSH
                       UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).